FILED

2020 Jun-12  PM 04:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

**UNITED STATES OF AMERICA,**

                                 **CASE NO.  2:17-cr-00539-RDP-SGC**

**v.**

**CHARLES WALKER.**

## MOTION REQUESTING COMPASSIONATE RELEASE

Comes now, Susan G. James, Attorney, for the above referenced defendant, and files this motion for release and in support thereof states the following:

1.  Walker was taken into custody a few days after his sentencing.

2.  The Coronavirus has become more deadly and rampantly taking the lives of citizens of this State and this Country, some of which are incarcerated.

3.  The undersigned understands that many non-violent inmates have been released across the country. Walker is a non-violent offender.

4. The undersigned has been advised that one of her clients, Charles Walker in a Federal prison in Arkansas has contracted the Coronavirus.

5.  These type situations will only become worse as prisons and jails house a transient population, particularly the Federal prisoners moving from jail to jail, prison to prison.

6.  Inmates are sent to jail "as punishment not for punishment" in an environment where they can not self-isolate under these difficult and dangerous times.  This fact alone creates an Eighth Amendment issue.

7.  Walker is a non-violent offender.  He was successful on his bond after arrest until incarceration.  There is no reason to believe he would violate any conditions if released.

8.  As the uncertainty of this virus spreads, those who can not self-isolate and social distance are vulnerable to the disease.  Walker already had medical issues and a compromised immune system before incarceration as this Court knows.

9.  It is unknown as to whether AUSA Brad Felton opposes this request.

10.  Wherefore, it is respectfully requested this Court grant the relief requested herein.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
E-mail: thejamesfirm@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020  electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: AUSA Brad Felton, Northern District of Alabama.

Respectfully submitted,

/s/SUSAN G. JAMES
Susan G. James
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
E-mail: thejamesfirm@aol.com
Bar No: JAM012