IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

(BIRMINGHAM)

Charles E. Walker          )   Date: 8/14/2020
  (Petitioner)             )
                           )
       v.                  )   Case No. 2:17-CR-539-RDP-SGC
United States Of America   )
                           )
  (Respondant)             )

---

**Emergency Motion For Compassionate Release Under 18 U.S.C. 3582(C)(1)(A) And First Step Act Of 2018**

---

Petitioner, Pro-Se Charles E. Walker submits this petition in light of Attorney General Barr's recommendation to immediately release inmates who are Minimum/Low risk and do not present a danger to anyone or the community's safety. Therefore I ask for a Modification of Term Of Imprisonment and or Reduction In Sentence and or Home Confinement due to Covid-19 and or other Extraordinary and Compelling reasons below:

(1) Age: 49

(2) Medical PTSD, High Blood Pressure, Sleep Apnea, Anemia, and irregular heart beat, asthma/pnemumonia, positive test for Covid-19 that resulted seizures with temperature of 105.1 and symptoms fever, chills, loss appetite

(3) Family Circumstances N/A

(4) Other Reasons: Extraordinary and Compelling Reasons I have taken over 15 Ace and RPP classes for self-improvement and rehabilitation and assisted Commissary during modified lockdown at Forrest City-Low. I am eligible for minimum security  · pattern score of 0

1

Other Factors

(1) Nature Of Offense Violation of 21 U.S.C. 841 & 846 Conspiracy To Possess w/ intent to distribute Heroin and Cocaine Base

(2) Criminal History None

(3) Detainers None

(4) Discipinary Infractions None

(5) Length Of Sentence 87 months

(6) Time Served 13 months

(7) Inmates Release Plans Stay with Wife of 30 years and reside at 264 Grainger Drive- Birmingham, Al. 35214

(8) Victims None

(9) Cost Savings C.O.I.F. at $37,000.00 per year : Saving $200,000.00

(10) Other Reasons I have no violence and I do not pose a threat to anyone's safety or the community. Previous employment with Birmingham City Schools as a lead Computor Technician for 15 years and my director express interest in rehiring upon release.

Conclusion

Since I am Low Risk an I am Mimimum/Low I request a Compassionate Release, and or Modification Of Term Of Imprisonment and or Home Confinement as allowed under 18 U.S.C. 3582(c)(1)(a). I have submitted a request through the Bureau of Prisons and they have denied or failed to respond.

*Everything Stated is True and Correct to the best of my knowledge and is made under the penalty of perjury and U.S.C. 1746

Respectfully Submitted

*[signature]*

Charles E. Walker# 35470-001
F.C.I. Forrest City-Low
P.O. Box 9000

Forrest City, AR. 72336

TRULINCS 35470001 - WALKER, CHARLES EDWARD JR - Unit: FOR-M-D

---

FROM: 35470001
TO: Marianna Unit Team
SUBJECT: ***Request to Staff*** WALKER, CHARLES, Reg# 35470001, FOR-M-D
DATE: 07/11/2020 01:36:36 PM

To: RIS Coodinator/DeWayne Hendrix
Inmate Work Assignment: Commissary

To: RIS Coodinator/Warden:DeWayne Hendrix
   Subject: Compassionate Release Under 18 U.S.C. 3582(c)(a)(1)(i) Due to Extraordinary And Compelling Reasons
            Reduction In Sentence And or Home Confinement And Or Transfer To Minimum Security Facility

Dear Madam Or Sir,

   I am requesting that the Bureau Of Prisons file a Motion on my behave under 18 U.S.C. 3582(c)(1)(a) and assist me preparation, drafting, and submissions of this request with reasons why/why not this request should/should not be Granted. Therefore due to the request of attorney General Barr that those who are eligible and or are low risk and Low or minumum Security inmates or have Medical Conditions that put them at High Risk to suffer severe complications should be given consideration for immediate Home Confinement.

   The foloowing reasons support a motion be filed on my behave:

Age: 49

Medical: I Have PTSD, High Blood Pressure, Sleep Apnea, Anemia, and Irregular Heart Beat, Asthma,/ pnemumonia, also I have already had a positive test for Covid-19 and numerous inmates have tested positve and had complication after testing positive a second time.

Family Circumstance: N/A

Other Reasons: I have over 15 Ace and Rpp classes for self-improvement and rehabilitation and am presently assisting commissary during modified lockdown. I am also eligible for minimum security(Camp) due to low pattern score and a custody classification score of 0.

                                        Other Factors

(1) Nature Of Offense: Violation of 21 U.S.C. 841 & 846 Conspiracy To Possess w/ intent to distribute Heroin and Cocaine Base

(2) Criminal History: None

(3) Detainers: None

(4) Disciplinary Infractions: None

(5) Length Of Sentence: 87 months

(6) Time Served: 14 months

(7) Inmates Release Plans: I plan to stay with my wife of 30 years and reside in our Home at 264 Grainger Drive- Birmingham Ala. 35214

TRULINCS 35470001 - WALKER, CHARLES EDWARD JR - Unit: FOR-M-D

---

(8) Victims:None

(9) Cost of Savings: COIF @ $37,000.00 would save the B.O.P. and Federal Goverment Approx. $200,000.00

(10) Other Reasons: I have no violence and I do not pose a threat to anyone's safety or the community, Previous employer with Birmingham City Schools said he express interest in rehiring me as a Computor Technician for which I was previously employed as for 15 years. My wife also works at the Birmingham City Schools.

Conclusion

Since I have previously test positive and suffered severe complications including several seizures I am at a high risk to again be exposed and this could be fatal. Over 400 inmates have already tested positve at Forrest City-Low and over 100 inmates have died due to Covid-19. The CDC and Department Of Health have deem Forrest City as a "Hot Spot" Therefore I request Home Confinement and or alternatively transfer to a Minimum security faciltiy.

Respectfully Submitted,

Charles E. Walker # 35470-001

TRULINCS 35470001 - WALKER, CHARLES EDWARD JR - Unit: FOR-M-D

----------------------------------------------------------------------------------

FROM: 35470001
TO: Low Education
SUBJECT: ***Request to Staff*** WALKER, CHARLES, Reg# 35470001, FOR-M-D
DATE: 07/21/2020 07:42:29 PM

To: PING
Inmate Work Assignment: COMMISSARYL

HELLO, I NEED HAVE ACCESS TO THE LAW LIBRARY WHEN A OPEN SLOT IS AVAILABLE TO RESEARCH SOME INFO ON MY CASE THAT IS IN THE COURT. SO I CAN RESPOND TO THE COURTS. THANK YOU IN ADVANCE

TRULINCS 35470001 - WALKER, CHARLES EDWARD JR - Unit: FOR-M-D

----------------------------------------------------------------------------

FROM: 35470001
TO: Marianna Unit Team
SUBJECT: ***Request to Staff*** WALKER, CHARLES, Reg# 35470001, FOR-M-D
DATE: 06/17/2020 05:36:20 PM

To: Mrs. Gallard
Inmate Work Assignment: HC Unit Manager

Hello, I am from HC unit housed in MD and I am requesting to speak to my Case manager/Unit Manager from HC (Mr. Williams). I have put in several Cop-Outs and he has never responded to them. So after this I while exhaust all administrative remedies under the BOP.

Affidavit

Charles E Walker, Jr.
C/O Maria A. Walker
264 Grainger Drive
Birmingham, AL 35214

Honorable Judge R. David Proctor
Hugo L Black United States Court House
1729 5th Avenue North
Birmingham, Al 35203

Re: Compassionate Release Petition for Medical Condition due to COVID-19

Dear Honorable Judge Proctor:

My name is Charles E. Walker, Jr. and I am an inmate housed at Forrest City Low Correctional Facility located in Forrest City, Arkansas. This letter serves as my request for compassionate release in accordance to the Implementation of 18 U.S.C. § 3582( c )( 1 )( A).

This petition is specially made due to contracting the coronavirus while I have been incarcerated at Forrest City Correctional Facility. I have several underlining medical conditions such as PTSD, high blood pressure, sleep apnea, anemia, and an irregular heart. In February 2020, I started having symptoms of asthma and/or pneumonia, which I have never been diagnosed with prior to my incarceration. On March 28, 2020, I felt extremely bad, had a fever, body aches and chills, headache and several other pneumonia like symptoms, so I went to the medical call in the facility. Nurse Stiles took my temperature which was 105.1 degrees, so she suggested I be taken to Forrest City Hospital for observation. I was immediately rushed to hospital by ambulance, they tested me for the coronavirus and sent me back to the facility. I received a positive test result on April 1, 2020, in which I was the first inmate to test positive for the virus.

On March 28, 2020 when I was taken to the hospital, I was denied by hospital staff to be admitted, which I asked to be admitted, due to having several symptoms since February 2020. When I returned back to the facility, I was put into quarantine/isolation, which I stayed in for 5 days and was released around April 7, 2020. During the time I was in isolation, on April 2 Nurse Stiles was taking my vitals and I had a seizure. I was taken back to the hospital and on that day; chest x-rays were done, I received IV-treatments and given medicine for hypertension. The doctor's concluded diagnosis was that I had pneumonia and bronchitis, and at that time I was administered and prescribed Albuterol for treatment. I advised the medical staff that I received a positive test result for COVID-19 on the day before which was April 1st, but they still treated me

for the pneumonia and bronchitis. The hospital denied admission for the second time and they took me back to the correctional facility and put me back into quarantine/isolation. After 5 days, I was taken back to my unit HC and put back into general population, during this time I still had several symptoms such as low grade fever, weakness, chills and loss of appetite. The day I was put back into population which was April 7, I passed out and had a seizure which I suffered minor head injuries. On April 8, 2020, I passed out on the way to the restroom and on April 9, 2020, I passed out and had another seizure while in my bunk unit. At this point, I had a total of 4 seizures, which I did not previously suffer with this condition. During the time, my depression has increased, I have an extremely hard time breathing and I lost 24 pounds in 10days.

Since I was the first inmate to test positive for the COVID-19, I was advised that I had to talk to the BOP Regional administration and the CDC. I provided them an extensive time line of my illnesses and treatments, which has been outlined in the previous paragraphs. After the BOP & CDC left the facility, I was immediately put into the shoot/hole for 17days with no explanation as to why I was placed there. I was taken out on May 5th and placed in the visitation room, which was set up for other inmates who had tested positive, as well as negative for the COVID-19.

There are several reasons I feel I am not getting well, the units where I am housed have mold, the air conditioning units does not work, which will help me to breathe better, I am not allow to go outside to get fresh air, only 4 of the 6 toilets are operable, and 6 showers out of 16 are operable as well. There are still several employees and inmates who have been tested positive for the virus, and so far the number has increased to 400 cases. I fear of losing my life, if a second extensive wave of this virus comes back through the facility, because I am still not back where I was with my health.

While at Forrest City Correctional facility, I have no detainers, infractions, or disciplinary issues. I have no points, which has made me eligible for camp level and I have also taken ACE & RPP classes for a total of 15 classes.

If my compassionate release is granted, I will reside with my wife, Mrs. Maria A. Walker at the address above, which has been my home for 7 years. I have a degree in Computer Networking and was employed with the Birmingham City Schools as lead Computer Technician for 15 years before my incarceration. Upon my departure, my director and I talked about me being able to return to my old position, upon my release.

Thank you very much for your consideration. I pray you will grant this petition so that I may return to my home, to be in the care of my medical provider, where I will receive adequate medical treatment for my conditions.

```
*Everything stated is true and correct to the best of my knowledge
 and is made under the penalty of perjury and U.S.C. !746
```

Respectfully Submitted,

Charles E Walker, Jr.  x  *[signature]*

Inmate#: 35470001

F.C.I. Forrest City-Low
P.O. Box 9000
Forrest City, AR. 72336

Encl. Copy of cop-out letter (no response from warden) and medical records (from hospital and correctional facility)

7/1/2020

To: RIS Coordinator/Warden: DeWayne Hendrix

Subject: Compassionate Release Under 18 U.S.C. 3582(c)(1)(a)(i) Due To Extraordinary And Compellings Reasons and or Modification Of Term Of Imprisonment and or Reduction In Sentence or Furlough and or Transfer

2020 AUG 20 A 11:18

Dear Madam or Sir,

I am requesting that the Bureau Of Prisons file a petition on my under 18 U.S.C. 3582(c)(1)(a)(i) and assist in preparation, drafting and submissions of this request with reasons why/why not this request should/should not be granted. I also request that the applicable staff provide documents including Program Review, Medical File, and Central File,

This request is also under 28 U.S.C. 994(t) based on the following factors (1) Age (2) Medical (3) Due To Extraordinary and Compelling Circumstances (4) Due To Family Circumstances

The Attorney General Barr requested the Bureau Of Prisons to release all low risk minimum/low security inmates especially those who have either have served 2/3 of there sentence and or have serious medical conditions

Therefore I ask the Director of Bureau Of Prisons submit a motion on my behave within 30 days or the lapse of 30 days allows the Court to modify sentences.

RIS Factors

(1) Age: 49

(2) Medical: PTSD, High Blood Pressure, Sleep Apnea, Anemia, and irregular heart beat, asthma/pnemumonia, positive test for Covid-19 that resulted in seizures with temperature of 105.1

(3) Due To Family Circumstances
    N/A


(4) Other Reasons: I have taken over 15 ACE and RPP classes for self-improvement and rehabilitation and assisted Commissary during modified lockdown. I am eligible for minimum security (Camp)

Other Reasons

Nature Of Offense  Violation of 21 U.S.C. 841 & 846 Conspiracy to Possess w/ intent to distribute Heroin and Cocaine Base

Detainer: None

Disciplinary Infractions  None

Length of Sentence  87 months

Time Served  13 months

Inmate Release Plans  Reside with wife of 30 years at 264 Grainger Drive- Birmingham, Al. 35214 and seek re employment at Computor Network Techician

Victims  None

Cost Of Savings  At COIF of $37,000.00 a saving of $200,000.00 for the B.O.P. and Federal Goverment

Other Reasons  I do not pose a threat to anyone or the community and with my past Medical History and Complications with Covid-19 puts my Health, Safety, and Life in Jeapordy as while as other staff and inmates.

Conclusion

Since I am a low risk and I am mimimun/low security I request a Compassionate Release and or Modification of Term Of Imprisonment and or Reduction In Sentence and or Furlough. and or Transfer

Respectfully Submitted,

Charles E. Walker

Name:
USM #  35470-001
Address
F.C.I. Forrest City-Low
P.O. Box 9000
Forrest City, AR. 72336